George B. Warner, as Executor and Trustee of the Estate of George B. Warner, Deceased, Appellant, v. John F. Dempsey, Individually and as

Executor and Trustee, etc., of the Estate of KATE B. WARNER, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.